**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

**C 09-1360 MMC**   Advanced Analogic Technologies, Inc. v. Kinetic Technologies, Inc.
**C 14-0010 SI**   Skyworks Solutions, Inc. v. Kinetic Technologies, Inc.

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ X ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[   ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**:  February 3, 2014

MAXINE M. CHESNEY
United States District Judge