1 | Michael K. Friedland, Esq. (State Bar No. 157,217)
Michael.Friedland@knobbe.com
2 | Michelle E. Armond, Esq. (State Bar No. 227,439)
Michelle.Armond@knobbe.com
3 | Brian C. Claassen, Esq. (State Bar No. 253,627)
Brian.Claassen@knobbe.com
4 | Samantha Y. Hsu, Esq. (State Bar No. 285,853)
Samantha.Hsu@knobbe.com
5 | KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
6 | Irvine, CA 92614
Telephone: (949) 760-0404
7 | Facsimile: (949) 760-9502

8 | Attorneys for Plaintiff
SKYWORKS SOLUTIONS, INC.
9 |

Jon Michaelson (SBN 83815)
10 | jmichaelson@kilpatricktownsend.com
Scott E. Kolassa (SBN 294732)
11 | skolassa@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
12 | 1080 Marsh Road
Menlo Park, CA 94025
13 | Telephone: (650) 326-2400
Facsimile: (650) 326-2422
14 |

Attorneys for Defendant KINETIC
15 | TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., ) | Civil Action No. 3:14-cv-10 SI |
| ) | |
| Plaintiff, ) | **STIPULATION AND [~~PROPOSED~~]** |
| ) | **ORDER TO MODIFY CLAIM** |
| v. ) | **CONSTRUCTION BRIEFING** |
| ) | **SCHEDULE** |
| KINETIC TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Stip. & [Prop.] Order to Modify Claim                     Civil Action No. 3:14-CV-10 SI
Construction Briefing Schedule

Plaintiff Skyworks Solutions, Inc. ("Plaintiff") and Defendant Kinetic Technologies, Inc. ("Defendant") by and through their respective counsel of record, hereby jointly stipulate to modify the dates set forth in the Court's April 28, 2014 and May 16, 2014 Orders [Dkt. Nos. 38 and 44] in view of the Court's Order scheduling the Claim Construction Hearing on December 18, 2014 [Dkt. 57] and to accommodate Plaintiff's Motion for Summary Judgment.  The parties request modification of the upcoming deadlines for claim construction as follows:

| Event | Current Due Date | New Date |
| --- | --- | --- |
| Completion of Claim Construction Discovery | 9/22/2014 | 10/29/2014 |
| Opening Claim Construction Brief | 10/6/2014 | 11/10/2014 |
| Responsive Claim Construction Brief | 10/20/2014 | 11/24/2014 |
| Reply Claim Construction Brief | 10/27/2014 | 12/5/2014 |

This extension will be limited to the deadlines set forth above.

**IT IS SO STIPULATED.**

Dated:  September 30, 2014

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: */s/ Brian C. Claassen*
Michael K. Friedland, Esq.
Michelle E. Armond, Esq.
Brian C. Claassen, Esq.
Samantha Y. Hsu, Esq.

KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
Skyworks Solutions, Inc.

Dated:  September 30, 2014

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Scott E. Kolassa*
Jon Michaelson
Scott E. Kolassa

1080 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422

Attorneys for Defendant
Kinetic Technologies, Inc.

1  IT IS SO ORDERED.

2

3

4  Dated: 10/9/14                    _____

5                                     UNITED STATES DISTRICT JUDGE

6  18964839