1  Michael K. Friedland, Esq. (State Bar No. 157,217)
   Michael.Friedland@knobbe.com
2  Michelle E. Armond, Esq. (State Bar No. 227,439)
   Michelle.Armond@knobbe.com
3  Brian C. Claassen, Esq. (State Bar No. 253,627)
   Brian.Claassen@knobbe.com
4  Samantha Y. Hsu, Esq. (State Bar No. 285,853)
   Samantha.Hsu@knobbe.com
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
6  Irvine, CA  92614
   Telephone: (949) 760-0404
7  Facsimile: (949) 760-9502

8  Attorneys for Plaintiff
   SKYWORKS SOLUTIONS, INC.
9

   Jon Michaelson (SBN 83815)
10 jmichaelson@kilpatricktownsend.com
   Scott E. Kolassa (SBN 294732)
11 skolassa@kilpatricktownsend.com
   KILPATRICK TOWNSEND & STOCKTON LLP
12 1080 Marsh Road
   Menlo Park, CA 94025
13 Telephone:  (650) 326-2400
   Facsimile:  (650) 326-2422
14

   Attorneys for Defendant KINETIC
15 TECHNOLOGIES, INC.

16
                    IN THE UNITED STATES DISTRICT COURT
17
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
18
                             SAN FRANCISCO DIVISION
19

20 SKYWORKS SOLUTIONS, INC.,                    ) Civil Action No. 3:14-cv-10 SI
                                                )
21              Plaintiff,                      ) **STIPULATION AND [PROPOSED]**
                                                ) **ORDER TO RESCHEDULE CASE**
22       v.                                     ) **MANAGEMENT CONFERENCE**
                                                )
23 KINETIC TECHNOLOGIES, INC.,                  )
                                                )
24              Defendant.                      )
                                                )
25                                              )

26

27

28

Stip. & [Prop.] Order to Reschedule                      Civil Action No. 3:14-CV-10 SI
Case Management Conference

The Court previously scheduled a Claim Construction Hearing on December 18, 2014 followed by a Further Case Management Conference on January 16, 2015. Dkt. 57. In view of the Court's December 2, 2015 Order (Dkt. 73) rescheduling the Claim Construction Hearing to February 11, 2015, Plaintiff Skyworks Solutions, Inc. ("Plaintiff") and Defendant Kinetic Technologies, Inc. ("Defendant") respectfully request that the Court also reschedule the Case Management Conference until after the claim construction hearing. Accordingly, the parties jointly stipulate to reschedule the Further Case Management Conference currently set for January 16, 2015 (Dkt. 57) as follows:

| Event | Current Date | New Date |
|---|---|---|
| Further Case Management Conference | 1/16/2015 | 3/20/2015 at 3 p.m. |

**IT IS SO STIPULATED.**

Dated:  December 23, 2014

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: /s/ *Michelle E. Armond*
Michael K. Friedland, Esq.
Michelle E. Armond, Esq.
Brian C. Claassen, Esq.
Samantha Y. Hsu, Esq.

2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
Skyworks Solutions, Inc.

Dated:  December 23, 2014

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Scott E. Kolassa (with permission)*
Jon Michaelson, Esq.
Scott E. Kolassa, Esq.

1080 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422

Attorneys for Defendant
Kinetic Technologies, Inc.

**IT IS SO ORDERED.**

Dated: 12/29/14

_____
UNITED STATES DISTRICT JUDGE

19614947

| Stip. & [Prop.] Order to Reschedule Case Management Conference | - 1 - | Civil Action No. 3:14-CV-10 SI |
|---|---|---|