UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., <br>     Plaintiff, <br>     v. <br> KINETIC TECHNOLOGIES, INC., <br>     Defendant. | Case No. 14-cv-00010-SI <br><br> **ORDER RE: DISCOVERY LETTERS** |

On December 2, 2014, the Court heard argument on a motion for summary judgment filed in August, 2014 by defendant Kinetic Technologies, Inc. ("Kinetic USA"), contending that plaintiff Skyworks Solutions, Inc. had not demonstrated that defendant Kinetic USA has made, used, offered to sell or sold any patented invention within the United States, or imported same into the United States. The motion also sought judgment against plaintiff on claims of indirect or contributory infringement. Although the motion had been briefed, it became clear to the Court during argument that further briefing was required to illuminate various of the parties' positions. The Court therefore directed further briefing of those issues. Some of the supplemental briefing, with attached declarations, has been completed.

Now pending before the Court are two discovery letters, one filed by plaintiff. Skyworks and one filed by defendant Kinetic USA. Docket Nos. 92, 93. In the first letter, Skyworks requests an order compelling Kinetic USA to produce for deposition two of its employees, Kin Shum and Lu Chen. Docket No. 92. Skyworks has previously deposed Shum, and Kinetic USA previously submitted an original declaration from Shum in support of Kinetics' motion for summary judgment. Docket No. 51-1  Supplemental declarations by Kin Shum and Lu Chen were submitted in support of Kinetic USA's supplemental briefing.

Skyworks alleges that the supplemental declarations of Shum and Chen contain new evidence on a variety of topics, and that Skyworks should be permitted to depose and cross-examine the witnesses on these issues. *Id.* In response, Kinetic USA contends that Skyworks had an opportunity to depose Kinetic USA employees after Kinetic USA filed its motion for summary judgment. Skyworks did depose Shum, and knew prior to filing suit that Chen had knowledge of design and testing of accused products in this litigation.[1] Kinetic USA argues that Skyworks has not shown good cause to re-open the discovery process at this point.

The Court agrees with Kinetic USA. The supplemental declarations at issue are responsive to the issues which were raised at the hearing, and concern matters which had been treated with extensively in the original summary judgment briefing, which began back in August, 2014.[2] There has already been considerable delay in resolving the motions, and more delay would surely be required by re-opening the deposition process at this point.

The request for an order requiring these two depositions is denied. Plaintiff's supplemental reply remains due January 30, 2015.

**IT IS SO ORDERED**.

Dated: January 21, 2015

SUSAN ILLSTON
United States District Judge

---

[1] It appears that Chen was not previously deposed.
[2] It is not correct, as Skyworks asserts, that "Kinetic never addressed its sales, testing or technical support " in its original summary judgment briefing.

2