1  Michael K. Friedland, Esq. (State Bar No. 157,217)
   Michael.Friedland@knobbe.com
2  Michelle E. Armond, Esq. (State Bar No. 227,439)
   Michelle.Armond@knobbe.com
3  Brian C. Claassen, Esq. (State Bar No. 253,627)
   Brian.Claassen@knobbe.com
4  Samantha Y. Hsu, Esq. (State Bar No. 285,853)
   Samantha.Hsu@knobbe.com
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
6  Irvine, CA  92614
   Telephone: (949) 760-0404
7  Facsimile: (949) 760-9502

8  Attorneys for Plaintiff
   SKYWORKS SOLUTIONS, INC.
9
   Jon Michaelson (SBN 83815)
10 jmichaelson@kilpatricktownsend.com
   Scott E. Kolassa (SBN 294732)
11 skolassa@kilpatricktownsend.com
   KILPATRICK TOWNSEND & STOCKTON LLP
12 1080 Marsh Road
   Menlo Park, CA 94025
13 Telephone:  (650) 326-2400
   Facsimile:  (650) 326-2422
14
   Attorneys for Defendant KINETIC
15 TECHNOLOGIES, INC.

16
17                    IN THE UNITED STATES DISTRICT COURT
18                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
19                                SAN FRANCISCO DIVISION

20  SKYWORKS SOLUTIONS, INC.,            )   Civil Action No. 3:14-cv-10 SI
                                         )
21            Plaintiff,                 )   **STIPULATION AND [PROPOSED]**
                                         )   **ORDER TO RESCHEDULE CLAIM**
22       v.                              )   **CONSTRUCTION HEARING AND**
                                         )   **TUTORIAL**
23  KINETIC TECHNOLOGIES, INC.,          )
                                         )
24            Defendant.                 )
                                         )
25                                       )

26
27
28

1   The Court recently scheduled the Claim Construction Hearing and Tutorial for March
2   2, 2015 at 10:00 am.  Dkt. 98.  Skyworks has a scheduling conflict.  Thus, the parties hereby
3   respectfully request that the Court reschedule the Claim Construction Hearing and Tutorial to
4   the following week:

| Event | Current Date | New Date |
|---|---|---|
| Claim Construction Hearing and Tutorial | 3/2/2015 at 10:00 a.m. | 3/9/2015 at 10:00 a.m. |

**IT IS SO STIPULATED.**

Dated:  January 28, 2015                    Dated:  January 28, 2015

KNOBBE, MARTENS, OLSON & BEAR, LLP          KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Michelle E. Armond                  By: /s/ Scott E. Kolassa (with permission)
Michael K. Friedland, Esq.                  Jon Michaelson, Esq.
Michelle E. Armond, Esq.                    Scott E. Kolassa, Esq.
Brian C. Claassen, Esq.
Samantha Y. Hsu, Esq.                       1080 Marsh Road
                                            Menlo Park, CA 94025
2040 Main Street, Fourteenth Floor          Telephone:  (650) 326-2400
Irvine, CA  92614                           Facsimile:  (650) 326-2422
Telephone: (949) 760-0404
Facsimile: (949) 760-9502                   Attorneys for Defendant
                                            Kinetic Technologies, Inc.
Attorneys for Plaintiff
Skyworks Solutions, Inc.

**IT IS SO ORDERED.**

Dated: 1/29/15

_____
UNITED STATES DISTRICT JUDGE

19838338

Stip. & [Prop.] Order to Reschedule Claim       - 1 -       Civil Action No. 3:14-CV-10 SI
Construction Hearing & Tutorial