Michael K. Friedland, Esq. (State Bar No. 157,217)
Michael.Friedland@knobbe.com
Michelle E. Armond, Esq. (State Bar No. 227,439)
Michelle.Armond@knobbe.com
Brian C. Claassen, Esq. (State Bar No. 253,627)
Brian.Claassen@knobbe.com
Samantha Y. Hsu, Esq. (State Bar No. 285,853)
Samantha.Hsu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
SKYWORKS SOLUTIONS, INC.

Jon Michaelson (SBN 83815)
jmichaelson@kilpatricktownsend.com
Scott E. Kolassa (SBN 294732)
skolassa@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Defendant KINETIC
TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., | Civil Action No. 3:14-cv-10 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO POSTPONE CLAIM CONSTRUCTION HEARING AND TUTORIAL** |
| v. | |
| KINETIC TECHNOLOGIES, INC., | |
| Defendant. | |

Stip. & [Prop.] Order to Reschedule Claim
Construction Hearing & Tutorial                                          Civil Action No. 3:14-CV-10 SI

*1*  The Court has issued an order granting summary judgment of non-infringement. Dkt.
*2* 116.  A Claim Construction Hearing and Tutorial is currently scheduled for March 10, 2015.
*3* Dkt. 114.  The parties hereby respectfully request that the Court take off calendar the March
*4* 10 Claim Construction Hearing and Tutorial.  The parties will confer and advise the Court by
*5* no later than March 20, 2015 whether a Claim Construction Hearing and Tutorial is necessary
*6* in this action.

*8* **IT IS SO STIPULATED.**

Dated:  March 3, 2015                                     Dated:  March 3, 2015

KNOBBE, MARTENS, OLSON & BEAR, LLP           KILPATRICK TOWNSEND & STOCKTON LLP

By:/s/ *Michelle E. Armond*                               By:/s/ *Scott E. Kolassa (with permission)*
Michael K. Friedland, Esq.                                   Jon Michaelson, Esq.
Michelle E. Armond, Esq.                                    Scott E. Kolassa, Esq.
Brian C. Claassen, Esq.
Samantha Y. Hsu, Esq.                                        1080 Marsh Road
                                                                            Menlo Park, CA 94025
2040 Main Street, Fourteenth Floor                    Telephone:  (650) 326-2400
Irvine, CA  92614                                                 Facsimile:  (650) 326-2422
Telephone: (949) 760-0404
Facsimile: (949) 760-9502                                   Attorneys for Defendant
                                                                            Kinetic Technologies, Inc.
Attorneys for Plaintiff
Skyworks Solutions, Inc.

**IT IS SO ORDERED.**

Dated:_____3/3/15_____                   _____
                                                                   UNITED STATES DISTRICT JUDGE

20108118

Stip. & [Prop.] Order to Reschedule Claim         - 1 -                    Civil Action No. 3:14-CV-10 SI
Construction Hearing & Tutorial