United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br> KINETIC TECHNOLOGIES, INC., <br><br>　　　　Defendant. | Case No. 3:14-cv-00010-SI <br><br> **JUDGMENT** |

　　Defendant's motion for summary judgment having been granted, judgment is hereby entered in favor of defendant Kinetic Technologies, Inc. and against plaintiff Skyworks Solutions, Inc.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 1, 2015

_____
SUSAN ILLSTON
United States District Judge