Michael K. Friedland, Esq. (State Bar No. 157,217)
Michael.Friedland@knobbe.com
Michelle E. Armond, Esq. (State Bar No. 227,439)
Michelle.Armond@knobbe.com
Brian C. Claassen (State Bar No. 253,627)
Brian.Claassen@knobbe.com
Samantha Y. Hsu, Esq. (State Bar No. 285,853)
Samantha.Hsu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
SKYWORKS SOLUTIONS, INC.

Jon Michaelson, Esq. (State Bar No. 83,815)
jmichaelson@kilpatricktownsend.com
Scott E. Kolassa, Esq. (State Bar No. 294,732)
skolassa@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Defendant
KINETIC TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>KINETIC TECHNOLOGIES, INC.,<br><br>  Defendant. | Civil Action No. 3:14-cv-10 SI<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil procedure 41(a)(1)(A)(ii), Plaintiff Skyworks Solutions, Inc. and Defendant Kinetic Technologies, Inc., through their respective counsel of record, hereby stipulate to the dismissal of all pending claims, counterclaims, and defenses currently pending in the above-captioned action WITH PREJUDICE.

The parties agree that each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:  June 12, 2015 | Dated:  June 12, 2015 |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | KILPATRICK TOWNSEND & STOCKTON LLP |
| By: */s/ Michelle E. Armond*<br>Michael K. Friedland, Esq.<br>Michael.Friedland@knobbe.com<br>Michelle E. Armond, Esq.<br>Michelle.Armond@knobbe.com<br>Brian C. Claassen<br>Brian.Claassen@knobbe.com<br>Samantha Y. Hsu, Esq.<br>Samantha.Hsu@knobbe.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA  92614<br>Telephone: (949) 760-0404<br>Facsimile: (949) 760-9502<br><br>Attorneys for Plaintiff<br>Skyworks Solutions, Inc. | By: */s/ Scott E. Kolassa (with permission)*<br>Jon Michaelson<br>jmichaelson@kilpatricktownsend.com<br>Scott E. Kolassa<br>skolassa@kilpatricktownsend.com<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422<br><br>Attorneys for Defendant<br>Kinetic Technologies, Inc. |

**IT IS SO ORDERED.**

Dated: 6/18/15

_____
UNITED STATES DISTRICT JUDGE

20853677